**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Carlos VAQUIZ–TURCIOS,**
**Defendant–Appellant.**

No. 06–40141
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2007.

Kerry M. Klintworth, Assistant U.S. Attorney, Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The Federal Public Defender appointed to represent Juan Carlos Vaquiz–Turcios has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vaquiz–Turcios has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.